Rosie Lee Murphy, Plaintiff, v. Warden Craig E. Cail, Assisstance Warden Mrs. Campbell, Captain Mr. Holmes, Lieutenant Mr. Rivera, Lieutenant Mrs. Sutton, Officer N. Hadley, Officer A. Peoples, Officer Mr. Shepherd, S.I.S/Officer M. Harrell, S.I.S Technician Ms. Chentnik, Officer Mr. Morgan, Officer Mr. Quinos, Federal Bureau of Prison, et al., Defendants.

United States District Court for the Northern District of Florida - Tallahassee Division

- I would have had the exact dates and time but staff keep taking my notes mostly day shift when Lt. Rivera is present.
- Here you will learn in the following documents. My First, Eighth and Fourteenth Amendment right were violated. The way I'm getting treated is very inhumane, noone will step up to help me.

- I'm constantly being bully mentally & emotionally. I was bullied to almost killing myself with the razor staff gave me to do so.

- The domeges that's done to me by Federal Bereau of Prision is traumatizing to anyone, it has damage me but I'm still fighting.

- You will learn how staff retaliate and try to bribe me into not telling on them. and when I did not accept their bribery I was tortured, mistreated, bully, threaten, assaulted the list goes on. Took my medicine & tried to give me new medicine.

- I trust that I've done the right thing, telling the court, and I leave these incident I've filed in your hand. Thank You.

— S.I.S, S.I.A & Executives are not to be trusted here. I tell them what happen to me, they report it back to the staff I reported to them and now all I get is <u>Retaliation</u> from these staff.

— Oct. 28, 2017 Officer H. Hadley order me to put his penis in my mouth. I did so.

— Nov. 4, 2017 I had an phsical altercation with 8 other inmates I was pass to Officer H. Hadley until things were under control. Officer H. Hadley Bear Hug me from behind with his penis on my butt (backside) asking me do I feel his dick?

— Nov. 17, 2017. S.I.S Technician M. Horrell said to me, "You color people just don't get it do you? Are you fucking them white girls?" Racial, Insults etc.

— Nov. 11 & 18, 2017 Officer H. Hadley come to my cell door in the S.H.U both times ordering me to get naked and play with myself as he watch me. Sexual Harrassment.

— I ask for any staff. Lt. Rivera Showed up at my cell door. I told him I was stressed out, traumatized etcetera, due to these incidents. Lt. Rivera replied, "are you suicidal?" I said no not right now. He said, "That's when you call me." This was in November 2017.

— Lt. Rivera come to my cell door because I cover my window to keep officers from seeing me use the restroom. Lt. Rivera threaten me saying We gone Go hard or Go home Murphy. I'll come in there. I said I'm on the toilet. Lt. Rivera continue to rant, (This was on Nov. 27, 2017) & threaten me.

— I kept dates and time of all this and S.I.S Technician Chentnik iterviewed me while doing so. Chentnik took all my notes in reference to this from me never return them and I'm yet as of today Jan. 6, 2018 still awaiting to speak with her and get my notes to send to the courts. This interview happen late November 2017. Violated my Privacy. I'm <u>most</u> hated by staff.

— <u>After I made these reports to S.I.S</u>,
— I'm being feed cold food & rotton fruits (Daily).
— Officer Mrs. Quianos told Officer Ms. George and Officer Mrs. Butler that Lt. Rivera said I (Rosie Lee Murphy) was keeping notes, date, and times on what's going on in the Shu. Bullying me. Scandolizing my name to staff. Bullying!

— Nov. 29, 2017 Officer Butler @ 9:54 A.m. brought inmate (Dulce Garcia 49379-177) from East Range where she Lives currently

housed, over to West Range where I was currently housed to make threats, the shower was in front of my cell & Officer Butler broke the rules. Officer Butler knew I and Garcia had separatee's at the time. That's the reason I was housed on West and Garcia on East Range.

- On the threats and Proposal Lt. Mr. Rivera made I gave notifications to the Warden (Craig E. Cail) and He refuse to accept my sensitive 9 Administrative Remedy Asst. Warden Mrs. Campbell took it. Even after I notified them of this, these Executive refuse to protect me. Officer Steady bullying me (currently also as of Jan. 6, 2018)

- I also notified the Warden & Assisstance Warden that Officer A. Peoples is telling me their racist against the blacks and that their (Executives) are going to eliminate me because I'm telling everything. They gone kill me says Officer A. Peoples. (Threaten Me Constantly)! This makes me Emotional distress, paranoia, restlessness, stress etc.

- After I reported Officer H. Hadley he still return to my cell door yet again ordering sexual favors, this time Officer Entinger w/F was on the range also but she was ordering him that she didn't need help. While so Officer Hadley stayed on the range (West cell #13 my cell) opening my slot telling me um um umm let me see some just pull your pants down. I did. Sexual Harrassment. I even tried to play asleep at first. He tried putting his hands in the slot.

- 11/29/2017 @ 2:27p.m Officer Morgan stood at the SHU door west wing and told Officer H. Hadley I talk to S.I.S. so Officer Hadley started making threats towards me. Saying, "I hope you didn't tell on me cause I'm going to be real mad, I'm going to kill me a mutha fucker." So I told him no I'm not going to tell on you. For the rest of that night he didn't stop at my cell door but only once which was great for me. Threaten me!

- I can only take three showers a week, even when I'm on my monthly. This is very Inhumane and the only prison that does this as a punishment! It (Retaliation) Got More Serious

- On Numerous of occassions Lt. Rivera & Officer A. Peoples threaten me bully me etc. So on Dec. 26, 2017. I was threaten by Officer A. Peoples saying I'm sick of Murphy I wish she'll just die. Somebody need to kill her. I was tired. Lieutenant Rivera had all these staffs that never saw me once in their

(margin: 11/29/2017  11/07/2017)

life hating me for no particular reason. They began to write me bogus incidents reports, lying on me and trying to get me to stay in Prison longer and they succeeded by doing exactly that. Having my Good days taken.

- 12/26/2017 later I went to D.H.O suppose to have seen Lt. Sutton. Lt. Rivera was right there. When I walk in I heard Lt. Rivera say make sure you take Murphy property for me. Then Lt. Rivera smirk at me then exit. My witness wasn't called and Lt. Sutton (D.H.O) took my Personal Property including my legal mail.

- I was tired of fighting when Lt. Rivera told me, "when you ready to kill yourself theirs some razors in your cell tape under the bunk. So I call & told HighSmith/ Officer HighSmith I can't take all those threats, bullying & that's not what time it is. So I began swallowing the razors one by one. I was sent for X-Rays then stayed a week in the hospital. Officer HighSmith watch Officer Shepherd take certain notes out my property and give them to Lt. Rivera I watch him do so to. They were notes I kept on Lt. Rivera threats toward me.

- While & During the week at the hospital Lt. Rivera follow up on his threats yes again. Inmate Ernestine Cotton 44263-037 was assaulted by Lt. Rivera during this phsical alter- cation Lt. Rivera cut his own hand in the midst. While Lt. Rivera threaten Inmate Cotton to say He was trying to help her and it was an accident. Inmate E. Cotton continue to tell other Staffs the Truth. He assaulted her and if she tell the truth Lt. Rivera would ship her and seperate her & her girlfriend (that means alot when you don't have family support). Inmate Cotton tells the staff she's afraid of him attacking her again. I warn the warden & executives of this he's taking aim at the African Americans Inmates & Show Favoritism to Puerto Rico Inmates. He allow inmate Mulane B-2 to leave the SHU with a black eyes and she admitted to fighting. Lt. Rivera has shown more racial than anyone. Following up his threats I'm afraid for my life. Even as of now Jan. 6, 2018. Because I told on an officer all of this Retaliation? This is unbelievable.

- Lt. Rivera always threaten me and says, "I've done 20 years at the Pen. with the men & work another women Prison who they gone believe me or you convict?"
- Jan. 3, 2018 around 7:00 A.m-ish, Officer Shepherd threaten me, saying murder ain't hard to do. I said, "And what that mean?" C/O Shepherd said suck my dick. I started screaming for another officer to come.
- Jan. 3, 2018 9:30 A.m - 10:40 A.m-ish Officer A. Peoples assaulted me throwing to me and hit me with "2" tubes of toothpaste. Hitting my right foot & leg. I made reports of this. Lt. Sutton comes from control. I said she saw Officer A. Peoples on camera. Officer S. Robinson witness this, and laugh at the incident to. I ask what was her name?
- Jan. 3, 2018 Lt. Rivera came to sign some kind of Green book & said I know you heard about me. Officer A. Peoples said Cotton got that ass whip. Cotton #2 Round. Threaten me. I've been locked down going on three months now. Suffering!
- Jan. 4, 2018 Lt. Sutton come said for me not to tell the executives about Lt. Rivera. I said, "okay." But in my mind I was smiling saying too late and nothing still was done. Lt. Sutton tried to bribe me & say I'll give you your legal mail and hygiene if you don't tell. This was around 11:30 A.m See Camera. Bribery! It's my right to have these things!
- Jan. 5, 2018 Lt. Sutton said, "she regretted listening to Lt. Rivera and call my Unit Manager Mrs. Leonard asking could I have stamps and things? I already had stamps and envelopes that gotten missing. Tampering With Evidence!
- Jan. 5, 2018 My Unit Manager Mrs. Leonard said Lt. Sutton called her and said for me to get stamps and thing and she'll give some of my things back. Mrs. Leonard said, "be good." I responded, "once my voice is heard." Mrs. Leonard got my DHO package (evidence) and did not return it on 1/8/2018 like she said.
- These bad officers must be stopped! They did and still doing everything in their will and power to kept me from telling you all and filing to you all, but I want, I need Justice! Not just for me, but for the ones that gave up fighting after all the attacks, for the ones that didn't make it through to have a second chance at life. For the ones who can't

fight for themselves and most of all for me! I'm proud to still be standing after all I've being through in Federal Bureau of Prison. Some of the things I'm still ashame to speak of. I have a voice now and I am not no one's sex slave anymore. This is very inhumane and my rights as a human being has been violated. My eigth, fifth and Fourteenth Amendment has been violated. Therefore I stand and file these charges as is. Yes, I do currently fear for my life while here at FCI Tallahassee, Florida.

Executed this 6 day of January 2018.

*Rosie Murphy*
Rosie Lee Murphy
14221-002

501 Capital Circle N.E
Tallahassee, Florida 32301

P.S. I'm awaiting a letter of receipt. Thanks! So I will know you (the Courts) received this.


C.C.
Rosie Murphy 14221-002
501 Capitel Circle N.E
Tallahassee, Florida 32301
FCI

I need copies please! Thanks!

Rosie Murphy 14221-002
Federal Correctional Institution
501 Capital Circle N.E.
Tallahassee, Florida 32301



SCANNED --- 1 1 2018

United State Courthouse Annex
111 North Adams Street, 3rd Floor
Tallahassee, Florida 32301