United States District Court
Northern District of Florida
Tallahassee Division

Rosie Lee Murphy 14221-002
   Plaintiff,

    v.s.

Warden Craig E. Cail, et al.,
   Defendant(s).

Case No. 4:18cv23-WS/CAS

### Notice Of Voluntary Dismissal: W/o Prejudice

   I Rosie Lee Murphy 14221-002 request for the United States District Court to dismiss this case Fed. R. Civ. P. 41(a). I apologize if I've caused any inconvience to the Courts or Clerk Of Courts. Thanks!

                           Rosie Lee Murphy 14221-002
                           Federal Correctional Inst.
                           501 Capital Circle N.E
                           Tallahassee, Florida 32301

   I hereby certify that a true and correct copy of the foregoing (Part Four of the Main Documents) has been furnished by regular U.S. Mail to (The defendants @ F.C.I Tallahassee, 501 Capital Circle N.E, Tallahassee, Florida 32301). On this 15th day of February 2018.

                                   Rosie Lee Murphy
                                     14221-002

Filed FEB 22 '18 USDC FlN 4PM 0425
MCl

Rosie Murphy 14221-002
Federal Correctional Institution
501 Capital Circle N.E
Tallahassee, Florida 32301

CHECKED FEB 23 2018

United States District Court
Northern District of Florida
Office of Clerk
111 North Adams Street Suite 32
Tallahassee, Florida 32301-77...

